**IT IS ORDERED**

**Date Entered on Docket: December 17, 2020**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE:

Julie Garcia-Mohler,

    Debtor.                      Case No. 20-10909-tf7

### DEFAULT ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT OF PROPERTY LOCATED AT 302 Road 4990, Bloomfield, NM 87413

This matter came before the Court on the Motion for Relief from Stay and Abandonment of Property filed on 11/17/2020, Docket No. 31 (the "Motion"), by Cornerstone Home Lending, Inc., its assignees and/or successors ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a)      On 11/17/2020, Movant served the Motion and notice of the Motion (the "Notice") on counsel of record for Debtor, Julie Garcia-Mohler, and the case trustee, Edward Alexander Mazel, (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P.

File No. NM-20-163859
Order, Case No. 20-10909-tf7
Case 20-10909-t7    Doc 36    Filed 12/17/20    Entered 12/17/20 11:19:59 Page 1 of 5

5(b)(3) and NM LBR 9036-1, and on the Debtor and US Trustee by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014;

    (b)    The Motion relates to the following property legally described as:

A tract of land located in the Southeast Quarter of the Northeast Quarter (SE/4NE/4) of Section Twenty-Five (25), Township Twenty-Nine (29) North, Range Eleven (11) West, N.M.P.M., San Juan County, New Mexico and more particularly described as follows:
BEGINNING at a point which is North 85°56'45" West for a distance of 752.59 feet from the East Quarter corner of said Section 25;
THENCE North 80°09'57" West for a distance of 181.18 feet and being the "TRUE POINT OF BEGINNING";
THENCE North 80°09'57" West for a distance of 164.33 feet;
THENCE North 00°29'57" West for a distance of 449.18 feet;
THENCE South 89°25'19" East for a distance of 161.70 feet;
THENCE South 00°29'57" East for a distance of 475.62 feet to the "TRUE POINT OF BEGINNING".
Same being Tract 5 on that certain 1 in 5 year Exemption Survey for Shamra Nicole Gosney filed for record April 22, 2015, in Book 1586, page 197 of the Records of said County.

AND

A tract of land located in the Southeast Quarter of the Northeast Quarter (SE/4NE/4) of Section Twenty-Five (25), Township Twenty-Nine (29) North, Range Eleven (11) West, N.M.P.M., San Juan County, New Mexico and more particularly described as follows:
BEGINNING at a point which is North 85°56'45" West for a distance of 752.59 feet from the East Quarter corner of said Section 25 and being the "TRUE POINT OF BEGINNING";
THENCE North 80°09'57" West for a distance of 181.18 feet;
THENCE North 00°29'57" West for a distance of 475.62 feet;
THENCE South 89°25'19" East for a distance of 181.72 feet;
THENCE South 00°06'28" East for a distance of 504.71 feet to the "TRUE POINT OF BEGINNING".
Same being Tract 5B on that certain 1 in 5 year Exemption Survey for Shamra Nicole Gosney filed for record April 22, 2015, in Book 1586, page 197 of the Records of said County.

and commonly known as: 302 Road 4990, Bloomfield, NM 87413;

    (c)    The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

    (d)    The Notice was sufficient in form and content;

    (e)    The objection deadline expired on 12/11/2020;

    (f)    As of 12/14/2020, no objections to the Motion have been filed;

    (g)    The Motion is well taken and should be granted as provided herein; and

(h)  By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that on 12/14/2020, McCarthy & Holthus, LLP searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

**IT IS THEREFORE ORDERED:**

1.  Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

(a)  To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtor is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor or the Property, or both, in any court of competent jurisdiction; and

(b)  To exercise any other right or remedy available to them under law or equity with respect to the Property.

2.  The Property is hereby abandoned pursuant to 11 U.S.C. §554 and is no longer property of the estate. Creditor shall not be required to name the Trustee as a defendant in any action involving the Property or otherwise give the Trustee further notice.

3.  The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtor, although the Debtor

can be named as a defendant in litigation to obtain an *in rem* judgment if Debtor is granted a discharge, or to foreclose the Property in accordance with applicable non-bankruptcy law. Nothing contained herein shall preclude Creditor or and any and all holders of liens against the Property, from proceeding against the Debtor personally, to collect amounts due, if Debtor's discharge is denied or if Debtor's bankruptcy is dismissed.

4. This Order shall continue in full force and effect if this case converted to a case under another chapter of the Bankruptcy Code.

5. This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

6. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtor and to enter into a loan modification with the Debtor.

###END OF ORDER###

**RESPECTFULLY SUBMITTED BY:**

**/s/ Jason Bousliman**
**McCarthy & Holthus, LLP**
**Jason Bousliman, Esq.**
**Attorneys for Movant,**
**6501 Eagle Rock NE, Suite A-3**
**Albuquerque, NM 87113**
**(505) 219-4900**
**/s/ submitted electronically 12/15/2020**
**jbousliman@mccarthyholthus.com**

COPIES TO:

**DEBTOR**
Julie Garcia-Mohler
P.O. Box 2266
Bloomfield, NM 87413

**DEBTOR'S COUNSEL**
Nicholas Cullander
cullanderlaw@hotmail.com

**CASE TRUSTEE**
Edward Alexander Mazel
trustee@lawmazel.com

**US TRUSTEE**
PO Box 608
Albuquerque, NM 87103-0608